IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>            Plaintiff,<br><br>     v.<br><br>DINESHBHAI PATEL, individually and as trustee of the Patel Family Trust, dated May 31, 2007; VASANTI PATEL, individually and as Trustee of the Patel Family Trust, dated May 31, 2007;  JBP LIMITED PARTNERSHIP,<br><br>            Defendants. | 2:09-cv-00837-GEB-DAD<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

In the JSR filed June 14, 2009, the parties state they "consent [] to having this case tried before a magistrate judge." This statement is ambiguous, and should be clarified in a further status report which shall be filed fourteen days prior to August 10, 2009, the date on which the June 29, 2009, status hearing is rescheduled, commencing at 9:00 a.m.

Dated:  June 26, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1