IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>      Plaintiff,<br><br>    v.<br><br>DINESHBHAI PATEL, individually and as Trustee of the Patel Family Trust dated May 31, 2007, et al.,<br><br>      Defendants.<br>_____/ | No. CIV S-09-0837 DAD<br><br><br><br>ORDER RE-SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

       Pursuant to the consent forms filed by counsel for all parties on July 15, 2009, this action has been reassigned to the undersigned for all further proceedings.

       In the joint status report filed July 22, 2009, the parties indicate their consent to participate in the Voluntary Dispute Resolution Program (VDRP). The new case documents issued in this case on March 26, 2009 include a sample stipulation to elect referral of the case to VDRP. Counsel are directed to prepare and file their stipulation and send a copy of it to the VDRP Administrator at the address provided in the new case documents.

       Good cause appearing, IT IS ORDERED that:

       1. The parties shall file their stipulation to elect referral to VDRP and provide a copy of it to the VDRP Administrator within twenty days after this order is served.

1

2. The Status (Pretrial Scheduling) Conference previously set before the district judge is re-set for **September 18, 2009, at 11:00 a.m.** in Courtroom No. 27 before the undersigned.

3. A joint status report shall be filed on or before September 11, 2009.

4. All parties are permitted to appear at the status conference telephonically. To arrange telephonic appearance, counsel shall contact Pete Buzo, courtroom deputy to the undersigned, at (916) 930-4128, at least three days prior to the status conference.

DATED: July 30, 2009.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.consent\johnson0837.ossc